GEIGY CO., INC. *v.* UNITED STATES

**No. 4520.**—Invoices dated Basel, Switzerland, January 14, 1938, etc.
Certified January 15, 1938, etc.
Entered at New York January 29, 1938, etc.
Entry Nos. 809092, 825579, 837828, 835228.

(Decided February 14, 1939)

*Arthur A. Beaudry* for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

BROWN, Judge: These appeals to reappraisement have been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is $1.317 per pound. Judgment will be rendered accordingly.